IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------  :
 UNITED STATES OF AMERICA,                         : CASE NO.  1:06 CR 0401 - 01
                                                   :           1:06 CR 0432 - 02
                                       Plaintiff   :
                                                   :
                   -vs-                            : ORDER ADOPTING REPORT AND
                                                   : RECOMMENDATION
 WALLACE WILSON                                    :
                                                   :
                                      Defendant    :
------------------------------------------------  :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      This matter was referred to United States Magistrate Judge Nancy A. Vecchiarelli for a supervised release violation hearing for the purpose of returning a Report and Recommendation (R&R), pursuant to 28 U.S.C. § 636(b)(1)(B). Following a hearing in which Mr. Wilson was represented by counsel, Magistrate Judge Vecchiarelli returned a recommendation that, in light of the Defendant's knowing and voluntary admission of the supervised release violations presented in the violations report, the Court: (1) impose a term of imprisonment of six months to run concurrently with his state term; and (2) impose a three year term of supervised release following Mr. Wilson's term of imprisonment. (Doc. 43).

Neither party objected to Magistrate Judge Vecchiarelli's R&R. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, this Court shall, hereby, adopt the Report and Recommendation finding Mr. Wilson has violated the terms of his supervised release. In so doing, the Court imposes a six month term of imprisonment upon Mr. Wilson, to be served concurrently with his state term, and imposes a three year term of supervised release to follow.

IT IS SO ORDERED.

    /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 10 August 2011